**MEMO ENDORSED**

# Siegel & Siegel
*A Professional Corporation*
**Attorneys at Law**
One Penn Plaza, Suite 2414
New York, New York 10119
Telephone: (212) 721-5300
Fax: (212) 947-9967

SHARON M. SIEGEL
*Admitted to N.Y. and D.C. Bars*

MICHAEL D. SIEGEL
*Admitted to N.Y. and N.J. Bars*

The application is __X__ granted.
___ denied.

[signature]

Nelson S. Román, U.S.D.J.
Dated: March 18, 2020
White Plains, New York 10601

Appellant granted an extension of time until April 15, 2020 to file the brief. Clerk of the Court requested to terminate the motion (doc. 6).

March 16, 2020

Hon. Nelson S. Román
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re:   In re Bradley C. Reifler
         Case Number: 7:20-cv-01423-NSR

Dear Judge ~~Briccetti~~ Román:

   I am counsel to the Appellant in this bankruptcy appeal. There are two related appeals that were filed at the same time, based on the same transcript. I just noticed this one was assigned to you. The other, 7:20-cv-01427-VB, is assigned to Judge Briccetti. My brief, which is the exact same issue, is due in that matter, by extension, on April 15, 2020. I would ask for the same extension here.

   Given the closures of courts and offices, I would like this extension to be without prejudice to further requests. My files are in the office, and I am not sure I am keeping my office open in Manhattan at this time, as I commute from Long Island. To undertake the brief and record in this matter, I would need to meet with other counsel about the record, and my client, and today I am just not sure whether that would happen.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2020

     I appreciate your Honor's consideration in this matter, and obviously stand ready to do whatever Your Honor prefers.

                              Respectfully,

                              s/Michael D. Siegel

                              Michael D. Siegel

cc:    Mr. O'Toole (via ECF)