**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JACQUELINE VESNIC,

                Defendant-Appellant,

  -against-                                         20 **CIVIL** 1423 (NSR)

                                                                    **DEFAULT JUDGMENT**

MARIANNE T. O'TOOLE, AS CHAPTER 7
TRUSTEE OF THE ESTATE OF BRADLEY
C. REIFLER,

                Plaintiff-Appellee.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 2, 2022, the Court has VACATED the Bankruptcy Court's Order striking Appellants answer and default judgment is entered against Appellant; accordingly, the case is closed.

**Dated:**  New York, New York

           December 5, 2022

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                               **BY:**       *K. Mango*

                                                                      **Deputy Clerk**